# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

SHAHID MEHMOOD,

      Plaintiff,

      v.

MOHAMMAD ASHRAF, et al.,

      Defendants.

CIVIL ACTION NO. 1:25-cv-02187

(SAPORITO, J.)

## ORDER

AND NOW, this 20th day of April, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendants' motion to join additional defendant (Doc. 9) is **GRANTED in part and DENIED in part**;

2. The motion is **GRANTED** to the extent it seeks to join non-party A & S C-Store, Inc., as a nominal defendant;

3. The complaint shall be **DEEMED AMENDED** to include A & S C-Store, Inc., as a nominal defendant to the shareholder derivative claims asserted in Counts II, VI, and VII;

4. The summons and complaint shall be **DEEMED** to have been served on the nominal defendant, A & S C-Store, Inc.;

5. The motion is **DENIED** to the extent it seeks leave to file a

third-party complaint asserting shareholder derivative claims by defendant Mohammad Ashraf against A & S C-Store, Inc., as a nominal third-party defendant;

6.     The defendants are **GRANTED** leave to file their proposed pleading (Doc. 9-1) with the modification that it shall be filed as an answer with affirmative defenses and counterclaims against the plaintiff and counterclaim defendant Shahid Mehmood and nominal counterclaim defendant A & S C-Store, Inc.;

7.     The defendants are **GRANTED** leave to join A & S C-Store, Inc., as a nominal counterclaim defendant in this action; and

8.     The defendants shall file and serve their answer, affirmative defenses, and counterclaims **within fourteen (14) days** after entry of this order.

<u>*s/Joseph F. Saporito, Jr.*</u>
JOSEPH F. SAPORITO, JR.
United States District Judge